**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KELLIE ANN FULLER,

                          Plaintiff,

      -against-                               24 **CIVIL** 4225 (RA)

                                                        **JUDGMENT**

COLGATE-PALMOLIVE COMPANY,

                         Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 3, 2026, Defendant's motion to dismiss is granted.

Accordingly, the case is closed.

**Dated:** New York, New York

      March 6, 2026

                                         **TAMMI M. HELLWIG**
                                  _____
                                         **Clerk of Court**

                  **BY:**

                                    _____
                                       **Deputy Clerk**